## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 14, 2020 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-3209 (RJD) |
| **NAME OF CASE(S):** | **GARADI ET AL. V. MARS WRIGLEY CONFECTIONERY US, LLC** |
| **FOR PLAINTIFF(S):** | Sheehan, Nam |
| **FOR DEFENDANT(S):** | Forkner |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 10:30 - 10:32, 11:19 - 10:24 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held and Defendants have agreed to provide Plaintiff access to the flavor components for additional testing by Plaintiff's expert in an effort to reach a resolution. Parties will continue to discuss settlement and advise the Court if an additional settlement conference would be helpful.