United States District Court
Eastern District of New York                    1:19-cv-03209-RJD-ST

Mohammed Garadi et al., individually and
on behalf of all others similarly situated,

                  Plaintiffs,

        - against -                                      Joint Status Report

Mars Wrigley Confectionery US, LLC,

                  Defendant

      Pursuant to the Court's May 27, 2020 Order, plaintiff respectfully submits this Joint Status Report to update the Court as to where the case stands. The parties are continuing to discuss settlement and are planning a private mediation in September before Linda Singer. Additionally, Plaintiff has filed a related lawsuit in the United States District Court for the Southern District of New York, *Richardson et al. v. Mars Wrigley Confectionary LLC*, Case No. 7:19-cv-10860-PMH. The parties remain hopeful they can resolve both matters at mediation. The parties

Dated:   June 30, 2020

| | |
|---|---|
| Sheehan & Associates, P.C. | Williams & Connolly LLP |
| /s/Spencer Sheehan | /s/ David Forkner |
| Spencer Sheehan | David Forkner |
| 505 Northern Blvd Ste 311 | 725 Twelfth Street, N.W. |
| Great Neck NY 11021-5101 | Washington, DC 20005 |
| Tel: (516) 303-0552 | Tel: (202) 434-5778 |
| spencer@spencersheehan.com | dforkner@wc.com |
| | |
| Michael Reese | |
| Reese LLP | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

1:19-cv-03209-RJD-ST
United States District Court
Eastern District of New York

Mohammed Garadi et al., individually and on behalf of all others similarly situated,

        Plaintiffs,

       - against -

Mars Wrigley Confectionery US, LLC,

        Defendant

## Joint Status Report

```
Sheehan & Associates, P.C.
505 Northern Blvd Ste 311
 Great Neck NY 11021-5101
    Tel: (516) 303-0552
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: June 30, 2020

                     /s/ Spencer Sheehan
                      Spencer Sheehan

Certificate of Service

I certify that on June 30, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☒ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan