LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DAVID A. FORKNER
(202) 434-5316
dforkner@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 11, 2020

**VIA ECF**

Honorable Raymond J. Dearie, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Request to Set Motion to Dismiss Briefing Schedule in *Garadi et al v. Mars Wrigley Confectionery US, LLC*, No. 1:19-cv-03209-RJD-ST

Dear Judge Dearie:

On January 14, 2020 the Court held a pre-motion conference for Defendant Mars Wrigley Confectionery US, LLC's ("Mars") motion to dismiss. ECF No. 23. At that time the parties were engaged in settlement discussions, and so no briefing schedule on the motion to dismiss was set. The Court asked Mars's counsel to advise, however, if Mars wished to move forward with motion practice, at which time the Court would schedule oral argument. Mars now wishes to do so, and the parties have agreed on the below briefing schedule:

- Motion to Dismiss briefing to be filed by Mars by Thursday, November 12, 2020.

- Opposition briefing to be filed by Plaintiffs by Friday, December 11, 2020.

- Reply briefing to be filed by Mars by Monday, December 21, 2020.

Respectfully submitted,

| WILLIAMS & CONNOLLY LLP | SHEEHAN & ASSOCIATES, P.C. |
|---|---|
| By: */s/ David A. Forkner*_____ | By: */s/ Spencer Sheehan*_____ |
| David. A. Forkner | Spencer Sheehan |
| 725 12th Street NW | 505 Northern Boulevard, Suite 311 |
| Washington, DC 20005 | Great Neck, New York 11021 |
| Tel: (202) 434-5000 | Tel: (516) 303-0552 |
| *Attorney for Mars* | *Attorney for Plaintiffs* |