UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mohammed Garadi, individually and on behalf of all others similarly situated,

            Plaintiff,

       v.

Mars Wrigley Confectionery US, LLC,

            Defendant.

1:19-cv-03209-RJD-ST

Joint Status Report

Pursuant to the Court's November 2, 2020 Order, Plaintiffs respectfully submits this Joint Status Report to update the Court as to the progression of settlement/private mediation. In September—in an effort to resolve this matter and a related lawsuit filed by Plaintiffs' counsel in the United States District Court for the Southern District of New York, *Richardson et al. v. Mars Wrigley Confectionary LLC*, Case No. 7:19-cv-10860-PMH—the parties participated in a private mediation before Linda Singer.  The parties were unable to reach a settlement, and will be filing their motion to dismiss papers on December 23, 2020, as ordered by the Court.

Dated:    December 4, 2020

| | |
|---|---|
| Sheehan & Associates, P.C. | Williams & Connolly LLP |
| /s/Spencer Sheehan | /s/ David Forkner |
| Spencer Sheehan | David Forkner |
| 60 Cuttermill Rd Ste 409 | 725 Twelfth Street, N.W. |
| Great Neck NY 11021-5101 | Washington, DC 20005 |
| Tel: (516) 268-7080 | Tel: (202) 434-5778 |
| spencer@spencersheehan.com | dforkner@wc.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |